# ATTACHMENT J



**Name:** Apramjeet Ghuman Singh

**Appointment Type:** Question about case

**Confirmation No.:** SFR-06-44464

**Authentication Code:** 17791

**Appointment Date:** October 12, 2006

**Appointment Time:** 1:15 PM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

**This is your Confirmation Number:**



*SFR-06-44464*

## If you wish to cancel this appointment, you will need the following Personal Identification Number: 76230

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.



**Name:** Apramjeet Ghuman Singh

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-06-46981

**Authentication Code:** 17791

**Appointment Date:** November 3, 2006

**Appointment Time:** 1:15 PM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

### This is your Confirmation Number:



### If you wish to cancel this appointment, you will need the following Personal Identification Number:
*80935*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.



**Name:** **Apramjeet Ghuman Singh**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-06-49434

**Authentication Code:** 17791

**Appointment Date:** November 21, 2006

**Appointment Time:** 1:45 PM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

**This is your Confirmation Number:**



*SFR-06-49434*

**If you wish to cancel this appointment, you will need the following Personal Identification Number: 56690**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.

https://infopass.uscis.gov/infopass.php?PHPSESSID=0170037d4ed12ce1c2efe18c17b6d0eb        11/19/2006



Name: **Apramjeet Ghuman Singh**

Appointment Type: Question about case

Confirmation No.: SFR-06-51855

Authentication Code: 17791

Appointment Date: December 11, 2006

Appointment Time: 1:30 PM

Location: 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

**This is your Confirmation Number:**



*SFR-06-51855*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*79498*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.



**Name:** Apramjeet G Singh

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-07-9719

**Authentication Code:** 17578

**Appointment Date:** March 23, 2007

**Appointment Time:** 1:45 PM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

**This is your Confirmation Number:**



*SFR-07-9719*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
**97400**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.

# ATTACHMENT K

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

Tuesday, May 29, 2007

APRAMJEET SINGH
888 W HILLSDALE BLVD
SAN MATEO CA 94403

Dear apramjeet singh:

On 05/25/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-06-138-18439 |
| **Beneficiary (if you filed for someone else):** | singh, apramjeet |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services