# ATTACHMENT D

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-01-260-53278 | **CASE TYPE** I130  IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
| **RECEIPT DATE**<br>August 17, 2001 | **PRIORITY DATE**<br>April 30, 2001 | **PETITIONER** A75 636 004<br>KAUR, ROOPKIRAN |
| **NOTICE DATE**<br>March 15, 2005 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>GHUMAN, APRAMJEET S. |

ROOPKIRAN KAUR
888 W. HILLSDALE BLVD.
SAN MATEO CA 94403

Notice Type: Approval Notice
Section: Husband or wife of permanent
resident, 203(a)(2)(A) INA

*(handwritten annotation: "PRIORITY DATE" with arrow pointing to April 30, 2001)*

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or applies for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning becomes eligible to adjust status based on this petition, he or she should submit a copy of this notice with Form I-485, Application for Permanent Residence. Form I-485 may be obtained at the local INS office.

If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

*(handwritten: A# 93-288159)*

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

# ATTACHMENT E

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: MSC-02-208-61622 | Case Type: I-485 Application to Register Permanent Resident or Adjust Status | |
|---|---|---|
| Received Date: April 26, 2002 | Priority Date: | Applicant: A093288159 SINGH, APRAMJEET |
| Notice Date: April 29, 2002 | Page 1 OF 1 | ASC Code: 3 |

APRAMJEET SINGH
888 W HILLSDALE BLVD
SAN MATEO, CA 94403

MAY - 4 2002

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $305.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect.

**FINGERPRINTING AND BIOMETRICS** -

The next step is to have your fingerprints, photograph, and signature taken at an INS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. (The TDD hearing impaired number is 1-800-767-1833.)

It is important that you schedule your appointment. If you reschedule or if you do not appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO YOUR APPOINTMENT**
- Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identifications are:
    - a passport or national photo identification issued by your country,
    - a driver's license,
    - a military photo identification, or
    - a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
[Please bring a copy of all receipt notices received from INS in relation to your current application for benefits.]

**CASE STATUS** -
It usually takes 60 to 180 days from when your fingerprints are taken to process this type of case. So it is important that you call to schedule your fingerprint appointment.

We will send you a written notice as soon as we make a decision on your case.

If you have access to the Internet, you can visit INS at www.ins.usdoj.gov. You can get valuable information about forms, filing instructions, and about general immigration services and benefits.

U S IMMIGRATION & NATURALIZATION SERVICE
P O BOX 7219
1907-1909 S. BLUE ISLAND AVENUE
CHICAGO IL 60680-7219
Customer Service Telephone: 1-816-251-1824



Form I-797C (Rev. 09/07/93) N

I2409