# ATTACHMENT F

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-07-122-12117 | | Case Type: I-694 - Notice of Appeal of Decision Under Section 210 or 245A of the Immigration and Nationality Act |
|---|---|---|
| Received Date: January 30, 2007 | Priority Date: | Applicant   A093288159 <br> SINGH, APRAMJEET |
| Notice Date: January 31, 2007 | Page  1 OF 1 | |

| APRAMJEET GHUMAN <br> 888 W HILLSDALE BLVD <br> SAN MATEO CA 94403 | Notice Type:       Receipt Notice <br><br> Amount Received:      $110.00 |
|---|---|

The above appeal has been received. Please notify us immediately if any of the above information is incorrect. Information about application processing times may be obtained by calling the National Customer Service Center (NCSC) at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

You will be notified if additional information is required to process your application and/or when a decision is made on your application.

If you have other questions about possible immigration benefits and services, filing information, or BCIS forms, please call the BCIS National Customer Service Center at 1-800-375-5283. If you are hearing impaired, please call the NCSC, TTY at 1-800-767-1833. Information regarding case status is not available at this number.

If you have access to the Internet, you can also visit the BCIS at www.uscis.gov/. Here you can find valuable information about forms and filing instructions and about general immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



0020233        0004231224

# ATTACHMENT G

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE May 25, 2006 |
|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A# A 093 288 159 |
| APPLICATION NUMBER MSC0613818439 | RECEIVED DATE February 14, 2006 | PRIORITY DATE February 14, 2006 | PAGE 1 of 1 |

APRAMJEET GHUMAN SINGH
888 W HILLSDALE BLVD
SAN MATEO CA 94403

A # 93.288.159

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. _Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))_

**Who should come with you?**
- ☐ **If your eligibility is based on your marriage, your husband or wife must come with you to the interview.**
- ☐ **If you do not speak English fluently, you should bring an interpreter.**
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**\*NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services 630 SANSOME ST 2ND FLOOR - ADJUSTMENT OF STATUS SAN FRANCISCO CA 94111 | ON: Tuesday, July 11, 2006 AT: 02:15 PM |

2                                                                                         APPLICANT COPY