# ATTACHMENT H

San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

Singh, Apramjeet   A 93.288.159

JUL 11

E-11(   )

☐ HAND-DELIVERED to applicant

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE. YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☒ Visa Availability   ☐ Fingerprints   ☐ Security Clearance(s)   ☐ A-file(s)   ☒ Further Review
☐ Documentation (listed below)   ☒ Other: P.d. not available.

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

☐ A court certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for any and all your arrests even if expunged. If no record is available, submit a certified letter from the court stating there is no record.   Do NOT submit a police clearance or a photocopy.

☐ A Police clearance from all cities you have resided since _____. (Documentation must be original and/or certified by the police)

☐ Two copies of the birth and baptismal certificates for all children (with translations, if applicable).

☐ Marriage certificate from all marriages and/or petition and final divorce decree from former spouse(s).

☐ Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements, other specified evidence of marital union: _____ Submit _____ of these.

☐ Letter from employer stating that you are currently employed or copy of recent pay stubs.

☐ Copy of first two pages of income tax returns (forms 1040 & 540) and W-2's for you and your spouse for tax year(s) _____

☐ A more detailed Form N-648 or letter from your medical doctor/psychiatrist to support your disability exception claim.

☐ Proof of physical presence in the U. S. on December 21, 2000.

☐ Other:

You are advised that you are granted a period of ninety (90) days from the date of this letter to submit the requested documents. Please note that you may submit the documents at any time prior to that 90-day deadline. You may submit the documents in person by scheduling an Infopass appointment via the Internet at our web address http://infopass.uscis.gov/ or you may mail the documents to the following address:

Citizenship and Immigration Service
630 Sansome Street, AOS Unit
San Francisco, CA 94111

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc: John Wu, Atty.

# ATTACHMENT I

October 13, 2006

**VIA USPS CERTIFIED MAIL #7006 0100 0006 2432 7592**

Mr. Bill Ramos
Supervisor, Adjustment of Status
**U.S. CITIZEN AND IMMIGRATION SERVICES**
630 Sansome Street, 2nd Floor
San Francisco, CA 94111

RE:   Final Processing of Family-Based Adjustment of Status I-485 (Category 2A, INDIA)
        Beneficiary: SINGH, Apramjeet Ghuman (A# 93288159)
        Application Number: MSC0613818439
        Priority Date : April 30, 2001

Dear Sir:

This intent of this letter is to confirm a fax (six pages) sent to your office on October 11, 2006 (please see Attachment 1 for a copy) regarding final processing of my **I-485 Application** (Application No. MSC0613818439). As indicated in the letter, our interview (myself and my spouse) regarding this case was conducted on **July 11, 2006** by Ms. Lopez, Immigration Officer. However, final processing could not occur on this case due to non-availability of visas, as the **Priority Date of April 30, 2001** for this case was not "current" at that time.

However per the **November 2006 Visa Bulletin**, the Cut-Off Date **for Family-Based Category 2A (INDIA) of September 01, 2001** is after the Priority Date of **April 30, 2001**, indicating Visa Availability under this category.

I would greatly appreciate that final processing on this case be initiated as soon as your office is able after issuance of visas on November 1, 2006, as I intent to visit India this winter in order to meet my parents. They are senior citizens with health-related issues, and I have not seen them in several years. As I am the eldest child, I feel an obligation to be with them in their time of need.

In addition, my **Biometrics & Fingerprinting** is updated as it was conducted on **February 16, 2006**.

If you have any questions, please feel free to call me at 650-572-0434. I thank you in advance for your assistance.

Very truly yours,

By: _____
Apramjeet Singh Ghuman
888 W. Hillsdale Blvd.
San Mateo, CA 94403

Attachment 1 – Fax Dated October 11, 2006

Cc:   Jon Wu, Attorney At Law (Fax: 650-342-9437)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0006 2432 7592**
Status: **Delivered**

Your item was delivered at 11:57 am on October 16, 2006 in SAN FRANCISCO, CA 94111. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**
Enter Label/Receipt Number.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA