# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

APRAMJEET SINGH GHUMAN,

V.

ROBIN BARRETT, Field Office Director, San Francisco Field Office, United States Citizenship and Immigration Services (continued on attach.)

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C07-06505 JSW**

ADR

TO: (Name and address of defendant)

Civil Process Clerk
U.S. Attorney's Office
450 Golden Gate Ave, 11th Fl
San Francisco CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Mossman
Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JESSIE MOSLEY
(BY) DEPUTY CLERK

DEC 28 2007
DATE

**Defendants (continued):**

Rosemary L. Melville, District Director, San Francisco District Office, United States Citizenship and Immigration Services

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/28/07 |
| Name of SERVER  Scott A. Mossman | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*:
Mailed via certified Mail to U.S. government defendants pursuant to FRCP 4(i). Proof of delivery attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | $7.64 | $7.64 (each summons) |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/8/08
                    Date

Signature of Server

Address of Server

Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612-2138

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



