# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

APRAMJEET SINGH GHUMAN,

V.

ROBIN BARRETT, Field Office Director, San Francisco Field Office, United States Citizenship and Immigration Services (continued on attach.)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-06505 JSW

ADR

TO: (Name and address of defendant)

Michael Mukasey, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Mossman
Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JESSIE MOSLEY
(BY) DEPUTY CLERK

DATE DEC 28 2007

**Defendants (continued):**

Rosemary L. Melville, District Director, San Francisco District Office, United States Citizenship and Immigration Services

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/28/07 |
| Name of SERVER: Scott A. Mossman | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Mailed via certified mail to U.S. government defendants pursuant to FRCP 4(i). Proof of delivery attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $7.64 | $7.64 (each summons) |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/08
         Date                                      Signature of Server

                                                   Address of Server

Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612-2138

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure




**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0003 0042 8272**
Detailed Results:

- **Delivered, January 07, 2008, 4:44 am, WASHINGTON, DC 20530**
- **Notice Left, January 06, 2008, 7:43 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 06, 2008, 1:22 am, WASHINGTON, DC 20022**
- **Acceptance, December 28, 2007, 4:50 pm, OAKLAND, CA 94612**

< Back     Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA