# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

APRAMJEET SINGH GHUMAN,

V.

ROBIN BARRETT, Field Office Director, San Francisco Field Office, United States Citizenship and Immigration Services (continued on attach.)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07-06505 JSW**

ADR

TO: (Name and address of defendant)

Rosemary L. Melville, District Director
c/o Office of the General Counsel
Department of Homeland Security
Washington DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott A. Mossman
Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*Jessie Mosley*
(BY) DEPUTY CLERK

DEC 28 2007
DATE

**Defendants (continued):**

Rosemary L. Melville, District Director, San Francisco District Office, United States Citizenship and Immigration Services

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

**DATE** 12/28/07

**Name of SERVER** Scott A. Mossman

**TITLE** Attorney

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify):* Mailed via certified Mail to U.S. government defendants pursuant to FRCP 4(i). Proof of delivery attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | $7.64 | $7.64 (each summons) |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/08
Date

Signature of Server

Address of Server

Law Office of Scott A. Mossman
1611 Telegraph Ave, Suite 1100
Oakland CA 94612-2138

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure




**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0003 0042 8258**
Detailed Results:

- Delivered, January 07, 2008, 5:22 am, WASHINGTON, DC 20528
- Arrival at Unit, January 04, 2008, 7:17 am, WASHINGTON, DC 20022
- Acceptance, December 28, 2007, 4:52 pm, OAKLAND, CA 94612


Track & Confirm

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA