1  Scott A. Mossman, State Bar No. 227178
   1611 Telegraph Ave, Suite 1100
2  Oakland CA 94612
   Tel. (510) 835-1115
3  Fax (510) 835-1116
   scott@smossmanlaw.com
4
   Attorney for Plaintiff Apramjeet Singh Ghuman.
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **APRAMJEET SINGH GHUMAN** | Case No. C 07-06505 JSW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE OF: ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CIVIL STANDING ORDERS FOR THE HONORABLE JEFFERY S. WHITE, STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, and DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA.** |
| **ROBIN BARRETT, ET AL.,** | |
| Defendants. | |
| _____/ | |

Certificate of Service                                             1
C 07-06505 JSW

Undersigned counsel for the Plaintiff, Scott A. Mossman, declares under penalty of perjury under the laws of the United States and the State of California that he is over the age of eighteen, is employed at 1611 Telegraph Ave, Suite 1100, Oakland CA 94612, and served a copy of the Order Setting Initial Case Management Conference and ADR Deadlines, Civil Standing Orders for the Honorable Jeffery S. White, Standing Orders for All Judges of the Northern District of California, ECF Registration Information Handout, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, and Dispute Resolution Procedures in the Northern District of California, along with the Summons and Complaint, on the U.S. Attorney for the Northern District of California, the U.S. Attorney General, and the Defendants via certified first class mail addressed as follows:

    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington DC 20530-0001

    Civil Process Clerk
    U.S. Attorney's Office
    450 Golden Gate Ave, 11th Fl
    San Francisco CA 94102

    Robin Barrett
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington DC 20528

    Rosemary L. Melville
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington DC 20528

On December 28, 2007.

    Respectfully submitted,

    /s/
    _____
    Scott A. Mossman
    Attorney for Plaintiff Apramjeet Singh Ghuman.