Scott A. Mossman, State Bar No. 227178
1611 Telegraph Ave, Suite 1100
Oakland CA 94612
Tel. (510) 835-1115
Fax (510) 835-1116
scott@smossmanlaw.com

Attorney for Plaintiff Apramjeet Singh Ghuman.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**APRAMJEET SINGH GHUMAN**             Case No. C 07-06505 JSW

    Plaintiff,

    v.                                 **CERTIFICATION OF INTERESTED
                                        ENTITIES OR PERSONS**
**ROBIN BARRETT, ET AL.,**

    Defendants.
_____/

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 8, 2008.

                          Respectfully submitted,

                          /s/
                          _____
                          Scott A. Mossman
                          Attorney for Plaintiff Apramjeet Singh Ghuman.