1  Scott A. Mossman, State Bar No. 227178
   1611 Telegraph Ave, Suite 1100
2  Oakland CA 94612
   Tel. (510) 835-1115
3  Fax (510) 835-1116
   scott@smossmanlaw.com
4
   Attorney for Plaintiff Apramjeet Singh Ghuman.
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **APRAMJEET SINGH GHUMAN** | Case No. C 07-06505 JSW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE OF: CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| **ROBIN BARRETT, ET AL.,** | |
| Defendants. | |

1  Undersigned counsel for the Plaintiff, Scott A. Mossman, declares under penalty of
2  perjury under the laws of the United States and the State of California that he is over the age
3  of eighteen, is employed at 1611 Telegraph Ave, Suite 1100, Oakland CA 94612, and served a
4  copy of the Certification of Interested Entities or Persons on the U.S. Attorney for the
5  Northern District of California via first class mail addressed as follows:

6      Civil Process Clerk
    U.S. Attorney's Office
7      450 Golden Gate Ave, 11th Fl
    San Francisco CA 94102
8

9  On January 8, 2008.

10                       Respectfully submitted,

11                       /s/

12                       _____
                      Scott A. Mossman
13                       Attorney for Plaintiff Apramjeet Singh Ghuman.

14

15

16

17

18

19

20

21

22

23

24