JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APRAMJEET SINGH GHUMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBIN BARRETT, Field Office Director,<br>San Francisco Field Office, United States<br>Citizenship and Immigration Services;<br>ROSEMARY L. MELVILLE, District Director,<br>San Francisco District Office, United States<br>Citizenship and Immigration Services,<br><br>            Defendants. | No. C 07-6505 JSW<br><br>**ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Complaint.

## JURISDICTION

1. Paragraph One consists of Plaintiff's statement of jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is necessary, Defendants deny the allegations in this paragraph.

## VENUE

2. Paragraph Two consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

ANSWER
C 07-6505 JSW                         1

**INTRADISTRICT ASSIGNMENT**

3. Paragraph Three consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

**PARTIES**

4. Defendants are without sufficient information to admit or deny Plaintiff's citizenship or current address.  Defendants admit that Plaintiff has two different alien registration numbers.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

**STATEMENT OF THE CLAIM**

7. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the filing date of the appeal; however, Defendants are without sufficient information to admit or deny the remaining allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit Plaintiff's allegation regarding the priority date, and that visas are available for those with 2A priority from India.  Defendants are without sufficient information to admit or deny the year they became current.

17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

19. Defendants admit the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants admit the first sentence of Paragraph Twenty-One; however, Defendants deny the remaining allegations in this paragraph.

22. Paragraph Twenty-Two consists of a statement of law, to which no responsive pleading is required.

23. Paragraph Twenty-Three consists of a statement of law, to which no responsive pleading is required.

24. Paragraph Twenty-Four consists of a statement of law, to which no responsive pleading is required.

25. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Five.

## COUNT I

26. Defendants incorporate its responses to Paragraph One through Twenty-Five as if set forth fully herein.

27. Paragraph Twenty-Seven consists of Plaintiff's characterization of this action, to which no responsive pleading is required; however, to the extent a responsive pleading is necessary, Defendants deny the allegations in this paragraph.

28. Defendants deny the allegations in Paragraph Twenty-Eight.

29. Defendants admit the allegations in the first sentence, but deny the allegations in the second sentence of Paragraph Twenty-Nine.

30. Defendants admit the allegations in the first sentence, but deny the allegations in the second sentence of Paragraph Thirty.

31. Defendants deny the allegations in Paragraph Thirty-One.

## COUNT II

32. Defendants incorporate its responses to Paragraph One through Thirty-One as if set forth fully herein.

33. Paragraph Thirty-Three consists of Plaintiff's characterization of this action, to which no responsive pleading is required; however, to the extent a responsive pleading is necessary, Defendants deny the allegations in this paragraph.

34. Defendants deny the allegations in Paragraph Thirty-Four.

The remaining paragraph consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: March 3, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                         /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants