1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 |
Attorneys for Defendants
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APRAMJEET SINGH GHUMAN, | ) | |
|---|---|---|
| | ) | No. C 07-6505 JSW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| ROBIN BARRETT, Field Office Director, | ) | |
| San Francisco Field Office, United States | ) | |
| Citizenship and Immigration Services; | ) | |
| ROSEMARY L. MELVILLE, District Director, | ) | |
| San Francisco District Office, United States | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

Stipulation to Dismiss
C 07-6505 JSW                                    1

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 10, 2008                    Respectfully submitted,

3                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

5                                                    /s/
                                             _____
                                             EDWARD A. OLSEN[1]
6                                            Assistant United States Attorney
                                             Attorneys for Defendants

9  Dated: March 7, 2008                              /s/
                                             _____
                                             SCOTT A. MOSSMAN
10                                           Attorney for Plaintiff

**ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

14  Dated:                                  _____
15                                           JEFFREY S. WHITE
                                             United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-6505 JSW                                    2