1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  APRAMJEET SINGH GHUMAN,            )
                                       )  No. C 07-6505 JSW
13              Plaintiff,             )
                                       )
14         v.                          )  **STIPULATION TO DISMISS; AND**
                                       )  **[PROPOSED] ORDER**
15  ROBIN BARRETT, Field Office Director, )
    San Francisco Field Office, United States )
16  Citizenship and Immigration Services; )
    ROSEMARY L. MELVILLE, District Director, )
17  San Francisco District Office, United States )
    Citizenship and  Immigration Services, )
18                                     )
                Defendants.             )
19  _____)

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

23  ///

24  ///

25  ///

26  ///

27

28

Stipulation to Dismiss
C 07-6505 JSW                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 10, 2008                                Respectfully submitted,

3                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney

4

5                                                            /s/
                                                         _____
6                                                        EDWARD A. OLSEN[1]
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants

7

8

9  Dated: March 7, 2008                                       /s/
                                                         _____
                                                         SCOTT A. MOSSMAN
10                                                       Attorney for Plaintiff

11

12                                              **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15  Dated: March 11, 2008                                _____
                                                         JEFFREY S. WHITE
16                                                       United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-6505 JSW                                    2